IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

PHILIPS MEDICAL CAPITAL, LLC

VS.                                              CIVIL ACTION NO. 2:10CV92-DAS

P&L CONTRACTING d/b/a
PREFERRED IMAGING, LLC;
JOHN PARK; and ANTHONY LEWIS

## ORDER

Following the pretrial conference in this matter, the court finds the following deadlines now apply: The defendants shall produce to the plaintiff documents evidencing the defendants' financial condition. This includes documentation for the corporate defendant as well as the individuals. Such documentation shall be produced no later than April 11, 2011. The defendants shall then file a response to the plaintiff's motion for summary judgment no later than April 18, and a reply will be due no later than April 21. The parties will then submit a final pretrial order to the court no later than April 25.

Additionally, the plaintiff shall originate a teleconference between the court and all parties on April 13, 2011, beginning at 10:00 a.m. Central Daylight Time.

SO ORDERED, this the 6th day of April, 2011.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE